**Order entered January 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00931-CR
No. 05-13-00932-CR

**THOMAS ANTHONY FARINA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-35304-W, F10-35303-W**

## ORDER

The Court **REINSTATES** the appeals.

On January 8, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 16, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the January 8, 2014 order requiring findings.

We **GRANT** the January 16, 2014 motion and **ORDER** appellant's brief filed as of the date of this order.

In cause no. 05-13-00931-CR (trial court no. F10-35304-W), we note that none of the boxes is checked on the trial court's certification of appellant's right to appeal. Accordingly, the

Court **ORDERS** the trial court prepare a certification of appellant's right to appeal for cause no. 05-13-00931-CR that accurately reflects the trial court proceedings and to file the completed certification within **FIFTEEN DAYS** of the date of this order.

Additionally, in each case, the Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing detailed itemizations of the costs assessed in the cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's records include documents explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and counsel for all parties.


/s/     DAVID EVANS
          JUSTICE